**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Tyrone Washington | Case No.: 25–32542 |
| | Debtor | Chapter: 13 |

### ORDER
### RESETTING HEARING AND
### REQUIRING SERVICE BY UNITED STATES TRUSTEE

On 5/22/25, Tyrone Washington failed to appear at the initial hearing. It is therefore

**ORDERED**:

1. The initial hearing is reset to **June 12, 2025 at 09:00 AM**. (Central Standard Time) before the United States Bankruptcy Court, 515 Rusk Ave, Courtroom 8B, Houston Texas 77002.

2. Tyrone Washington must attend the hearing, in person, and on time. Failure of Tyrone Washington to appear may result in the issuance of further orders as set forth in this Court's order for initial hearing.

3. Pursuant to Bankruptcy General Order 2021-05 parties may either appear electronically or in person unless otherwise ordered by this Court.

4. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510**, conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

5. Within seven (7) calendar days from the issuance of this Order, the United States Trustee must serve of a copy of this Order, and the order for initial hearing on Tyrone Washington by regular first-class mail and file a certificate of service with the Court.

Signed and Entered on Docket: 5/22/25.

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge